Ulises CAO, Petitioner–Appellant,

v.

**UNITED STATES of America,
Respondent–Appellee.**

**No. 11–11810
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Jan. 26, 2012.

Ulises Cao, Coleman, FL, pro se.

Wifredo A. Ferrer, U.S. Attorney, Anne R. Schultz, U.S. Attorney's Office, Miami, FL, Russell Koonin, The Ferraro Law Firm, Coral Gables, FL, for Respondent–Appellee.

Before TJOFLAT, BARKETT and ANDERSON, Circuit Judges.

---

PER CURIAM:

The Government properly concedes that, in denying petitioner's motion to vacate filed pursuant to 28 U.S.C. § 2255, the district erroneously disregarded *Clisby v. Jones,* 960 F.2d 925, 936 (11th Cir.1992) (*en banc*), when it failed to address petitioner's claim that he was denied his Fifth Amendment right to due process of law because the Government knowingly presented a witness's perjured testimony. The district court's judgement is accordingly vacated and the case is remanded with the instruction that the district court address the merits of that claim.

VACATED and REMANDED.